JAMES G. BYARS, Appellant, *v.* BENNINGTON AND HOOSICK VALLEY RAILWAY COMPANY, Respondent.

*Byars* v. *Bennington & H. V. Ry. Co.*, 99 App. Div. 34, affirmed.
(Argued February 13, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 10, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*J. K. Long* and *Thomas S. Fagan* for appellant.

*P. R. Chapman* and *George E. Greene* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Absent: CULLEN, Ch. J. Not sitting: CHASE, J.